1 Edward W. Swanson SBN 159859
August Gugelmann SBN 240544
2 SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
3 San Francisco, California 94104
Telephone: (415) 477-3800
4 Facsimile: (415) 477-9010

5 Attorneys for GENEVIA WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENEVIA WALKER, | Case No. C 06-07460 JSW (JL) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER ~~CONTINUING CASE MANAGEMENT CONFERENCE~~** |
| vs. | DENYING REQUEST |
| CITY OF RICHMOND, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff Genevia Walker, by and through Edward Swanson, and Defendants, by and through Peter Urhausen, hereby stipulate and agree as follows:

1) The above-captioned case was filed on December 6, 2006. The initial case management conference was scheduled for March 14, 2007.

2) On January 4, 2007, the Court signed an Order relating this case to *Peters v. City of Richmond, et al*, Case No. C 06-03154 JSW. A case management conference in *Peters* was, at that time, scheduled for February 16, 2007. The initial case management conference in this matter was also set for that date.

3) On January 12, 2007, the case management conference in *Peters* was continued until April 20, 2007 at 1:30 p.m. However, the initial case management conference in this matter remains on calendar for February 16, 2007.

4) The parties therefore agree that the initial case management conference in this matter should be continued until April 20, 2007 at 1:30 p.m. The parties will file case management statements on or before April 13, 2007.

**IT IS SO STIPULATED.**

Dated: February 14, 2007

/s/
Edward W. Swanson
SWANSON, McNAMARA & HALLER LLP
Attorneys for GENEVIA WALKER

Dated: February 14, 2007

/s/
Peter Urhausen
Attorney for Defendants

**ORDER**

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~
DENYING the parties' stipulated request.

Dated: February 15, 2007

Hon. Jeffrey S. White
United States District Court

2