AUSTIN R. GIBBONS, ESQ. SBN 034619
PETER A. URHAUSEN, ESQ. SBN 160392
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PETERS and MARK PARR,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA, individually; OFFICER LLAMAS, individually; OFFICER D. HARRIS, individually; LT. THREETS, individually, and DOES 1 through 50,<br><br>Defendants. | Case No. C 06 3154 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE CONSOLIDATION** |
| GENEVIA WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA, individually; OFFICER LLAMAS, individually; OFFICER D. HARRIS, individually; LT. THREETS, individually, and DOES 1 through 50,<br><br>Defendants. | Case No. C 06 07460 JSW |

The parties stipulate to the following:

1. That case no. C 06 3154 JSW and case no. C 06 07460 JSW be consolidated for all purposes, including trial;

Dated: 3-9-07

By: *Karen Snell*
KAREN SNELL, ESQ.
Attorney for Plaintiffs CYNTHIA PETERS and MARK PARR

Dated: 3-9-07

By: *[signature]*
EDWARD SWANSON, ESQ.
Attorney for Plaintiff GENEVIA WALKER

Dated: 3-9-07

GIBBONS & CONLEY

By: *[signature]*
PETER A. URHAUSEN, ESQ.
Attorneys for Defendants

IT IS SO ORDERED.

Dated: April 5, 2007

By: *Jeffrey S. White*
HON. JEFFREY S. WHITE
Judge of the District Court

2

STIPULATION AND [PROPOSED] ORDER RE: CASE CONSOLIDATION          CASE NO. C 06 3154 JSW

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623