Andrew C. Schwartz (State Bar No. 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PETERS and MARK PARR,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA, OFFICER LLAMAS, OFFICER D. HARRIS, and LT. THREETS, individually, and DOES 1 through 50,<br><br>　　　　Defendants. | **CASE NO. CV 06-03154 JSW**<br><br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| GENEVIA WALKER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA; OFFICER LLAMAS; OFFICER D. HARRIS and LT. THREETS, individually, and DOES 1 through 50,<br><br>　　　　Defendants. | **Case No. C 06-07460 JSW** |

*Peters and Parr v. City of Richmond, et al.* Case No. CV 06-03154 JSW
*Walker vs. City of Richmond, et al.* Case No. C06-07460 JSW
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

Page 1

The parties stipulate that the further settlement conference scheduled for April 18, 2007 be continued to April 26, 2007 at 9:30 a.m.

Dated: April 17, 2007    By: _____
Andrew C. Schwartz, Esq.
Attorney for Plaintiff CYNTHIA PETERS and MARK PARR

Dated: April 17, 2007    By: _____
Peter Urhausen, Esq.
Attorney for Defendants

Dated: April 17, 2007    By: _____
Edward Swanson, Esq.
Attorney for Plaintiff GENEVIA WALKER

IT IS SO ORDERED.

Dated: _____    _____
Magistrate Judge Joseph C. Spero

The parties stipulate that the further settlement conference scheduled for April 18, 2007 be continued to April 26, 2007 at 9:30 a.m.

Dated: April 17, 2007    By: _____
                         Andrew C. Schwartz, Esq.
                         Attorney for Plaintiff CYNTHIA PETERS
                         and MARK PARR

Dated: April 17, 2007    By: _____
                         Peter Urhausen, Esq.
                         Attorney for Defendants

Dated: April 17, 2007    By: /s/ _____
                         Edward Swanson, Esq.
                         Attorney for Plaintiff GENEVIA WALKER

IT IS SO ORDERED.

Dated: April 18, 2007

*IT IS SO ORDERED* — Judge Joseph C. Spero, United States Magistrate Judge, Northern District of California

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Peters and Parr v. City of Richmond, et al. Case No. CV 06-03154 JSW
Walker vs. City of Richmond, et al. Case No. C06-07460 JSW
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE
Page 2